STATE v. WISE

No. 23 PC.

Case below: 27 N.C. App. 622.

Petition for discretionary review under G.S. 7A-31 denied 3 February 1976. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 February 1976.

STONEY v. MacDOUGALL

No. 30 PC.

Case below: 28 N.C. App. 178.

Petition for discretionary review under G.S. 7A-31 denied 3 February 1976.

TAYLOR v. SHIRT CO.

No. 18 PC.

Case below: 28 N.C. App. 61.

Petition for discretionary review under G.S. 7A-31 denied 3 February 1976.

VILLAGE, INC. v. FINANCIAL CORP.

No. 118 PC.

Case below: 27 N.C. App. 403.

Petition for discretionary review under G.S. 7A-31 denied 3 February 1976.